UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VAMSIDHAR VURIMINDI,** : | |
| Plaintiff, : | |
| : | |
| v. : | No. 2:20-cv-5368 |
| : | |
| **JUDGE DIANA L. ANHALT,** *et al.*, : | |
| Defendants. : | |

# O R D E R

AND NOW, this 2nd day of November, 2020, upon consideration of Vamsidhar Vurimindi's Motion to Proceed *In Forma Pauperis*, ECF No. 1, and *pro se* Complaint, ECF No. 2, and for the reasons set forth in the Opinion issued this date, it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. Vurimindi's Complaint is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**